**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:24-cv-24809-RKA**

**JOHN DOE**,

                       Plaintiff,

    vs.

**THE INDIVIDUALS, PARTNERSHIPS AND**
**UNINCORPORATED ASSOCIATIONS**
**IDENTIFIED ON SCHEDULE "A",**

                       Defendants.

_____

**PLAINTIFF'S CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on or about December 31, 2024, service of process was effectuated on the Defendants listed on Schedule "A", (1) through email; and (2) via website publication by posting a copy of the Complaint, Summonses, and all other relevant filings on a designated webpage; and by providing the designated webpage to Defendant through email to Defendants, pursuant to the Order Authorizing Alternate Service of Process (DE 14). *See* Declaration of Reiner, attached hereto as Exhibit "A."

Notice of the preliminary injunction hearing was also provided to the above Defendants. *Id.*

**DATED:  January 17, 2025**          Respectfully Submitted,

                            **REINER & REINER, P.A.**
                            *Counsel for Plaintiff*
                            9100 South Dadeland Blvd., Suite 901
                            Miami, Florida   33156-7815
                            Tel: (305) 670-8282; Fax: (305) 670-8989
                            dpr@reinerslaw.com; eservice@reinerslaw.com

         By: _____
              **DAVID P. REINER, II, ESQ.**; FBN 416400