UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-24809-ALTMAN

JOHN DOE,

     *Plaintiff*,

v.

THE INDIVIDUALS, PARTNERSHIPS,
AND UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

     *Defendants*.

_____/

## ORDER GRANTING PRELIMINARY INJUNCTION

This matter is before the Court on the Plaintiff's Motion for Preliminary Injunction [ECF No. 10], filed under 17 U.S.C. §§ 502 and 503, Federal Rule of Civil Procedure 65, and The All Writs Act, 28 U.S.C. § 1651(a), by Plaintiff Wanqiang Chen against the Defendants identified on Schedule "A" to the Complaint [ECF No. 1] and on **Exhibit 1** attached hereto (the "Defendants").

On December 19, 2024, the Court entered a temporary restraining order (the "TRO") and an order restraining the financial accounts used by Defendants. *See generally* Sealed Order Granting *Ex Parte* Application for Entry of TRO [ECF No. 13]. The Plaintiff moved to extend the TRO to allow the Defendants to be served and to file a response to the Motion, which the Court granted. *See* January 7, 2025, Sealed Order [ECF No. 18]. The Court set a hearing on the Plaintiff's Motion for Preliminary Injunction (the "Motion") for January 17, 2024, at 1:30 p.m. *See id.* at 1.

On January 17, 2025, prior to the hearing on the Motion for Preliminary Injunction, the Plaintiff filed a Proof of Service on the Defendants [ECF No. 19], pursuant to the Court's Order Authorizing Alternate Service of Process [ECF No. 14]. The Plaintiff's proofs of service affirmed that the Plaintiff served process on Defendants by emailing these Defendants the text of the summons issued in this action and the link

https://1drv.ms/f/s!Al_VbagZZmajgaNPa_nKGkNTVIRn4w?e=ypw3rt where the full text of the Complaint, exhibits thereto, TRO, and the full text of all other documents filed in this action are available to view and download in compliance with this Court's Order on Alternate Service.

The Court heard argument from the Plaintiff and reviewed the evidence presented to the Court on the Motion. No Defendant appeared in the case.

Having considered the evidence and the arguments, for the reasons given at the hearing and discussed below, the Court grants the Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against the Defendants identified in Schedule "A" to the Complaint and on Exhibit 1 attached hereto.

The Court hereby determines that it has personal jurisdiction over the Defendants since the evidence presented on the Motion shows that the Defendants have been served with process pursuant to FLA. STAT. § 48.181. In addition, the Defendants were provided the Complaint, summons, and TRO via email correspondence to the email addresses associated with the Defendants' seller accounts and were provided the Plaintiff's notice webpage where the Plaintiff has posted all court filings for the Defendants to access and download. The Court also determines that these Defendants directly target their business activities toward consumers in the United States, including Florida, and specifically that the Defendants are reaching out to do business with Florida residents by operating one or more commercial, interactive internet stores on internet marketplaces where Florida residents can purchase products bearing infringing copyrights belonging to the Plaintiff.

This Court further determines that the temporary restraints previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Unrebutted evidence submitted in support of this Motion and in support of the Plaintiff's previously granted Motion for a Temporary Restraining Order establishes that the Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that the Plaintiff will suffer irreparable harm if the injunction is not granted.

The Court concludes that the Plaintiff has a strong probability of proving at trial that consumers are likely to be confused by the Defendants' advertisement, promotion, sale, offer for sale, or distribution of goods bearing reproductions, or colorable imitations of the products using the Plaintiff's copyrighted Work.

The potential harm to the Defendants in restraining their trade in infringing goods if a preliminary injunction is issued is far outweighed by the potential harm to the Plaintiff, her reputation, and the value of her artwork and products, if such relief is not issued. The public interest favors issuance of the temporary restraining order to protect the Plaintiff's copyright interests and protect the public from being defrauded by the passing off of infringing goods as the Plaintiff's genuine goods.

In light of the inherently deceptive nature of the Defendants' business, and the likelihood that the Defendants have violated federal copyright laws, the Plaintiff has good reason to believe the Defendants will hide or transfer their ill-gotten assets beyond the jurisdiction of this Court unless the restraint of those assets ordered in the TRO is continued.

Accordingly, the Court, having considered the motion, and having found good cause, it is **ORDERED** that the motion is **GRANTED** and a preliminary injunction is entered against Defendants as follows:

### PRELIMINARY INJUNCTION

1.      Each Defendant listed on Exhibit 1 attached hereto, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order are hereby restrained and enjoined during the pendency of this case:

   a.  From manufacturing, importing, advertising, promoting, offering to sell, selling, distributing, or transferring any products bearing the Copyrighted Works, or any confusingly similar works, other than those actually manufactured or distributed by the Plaintiff; and

   b.  From secreting, concealing, destroying, selling off, transferring, or otherwise disposing of: (i) any products, not manufactured or distributed by plaintiff, bearing and/or using the Copyrighted

3

Works, or any confusingly similar works; or (ii) any evidence relating to the manufacture, importation, sale, offer for sale, distribution, or transfer of any products bearing and/or using the Copyrighted Works, or any confusingly similar works; or (iii) any assets or other financial accounts subject to this Order, including inventory assets, in the actual or constructive possession of, or owned, controlled, or held by, or subject to access by, any Defendant, including, but not limited to, any assets held by or on behalf of any Defendant; and

    c.   From copying, displaying, distributing, or creating derivative works of Plaintiff's copyright.

    2.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiff's copyright or substantially similar work, on or in connection with all Internet based e-commerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs. This Order is limited to the Defendants' listings using Plaintiff's copyright or substantially similar work, on or in connection with all Internet based ecommerce stores owned and operated, or controlled by them, including the Internet based e-commerce stores operating under the Seller IDs, and does not apply to the Defendants' entire ecommerce stores.

    3.    Each Defendant, its officers, directors, employees, agents, subsidiaries, distributors, and all persons in active concert or participation with any Defendant having notice of this Order shall immediately discontinue, until further Order of this Court, the use of Plaintiff's copyright or substantially similar work, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and any other form of use of such terms that are visible to a computer user or serves to direct computer searches to Internet based e-commerce stores registered, owned, or operated by any Defendant, including the Internet based e-commerce stores operating under the Seller IDs.

4.      Each Defendant shall not transfer ownership of the Seller IDs during the pendency of this action, or until further order of the Court.

5.      Each Defendant shall continue to preserve copies of all computer files relating to the use of any of the Seller IDs and shall take all steps necessary to retrieve computer files relating to the use of the Seller IDs that may have been deleted before the entry of this Order.

6.      Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, and marketplace platforms, including but not limited to, Amazon.com,Walmart.com and Temu.com and their related companies and affiliates shall, to the extent not already done, (i) immediately identify all financial accounts and/or sub-accounts, associated with the Internet based ecommerce stores operating under the Seller IDs, store numbers, infringing product numbers, and/or the e-mail addresses identified on Schedule "A" to the Complaint, as well as any other accounts of the same customer(s); (ii) identify all other accounts which transfer funds into the same financial institution account(s) or any of the other financial accounts subject to this Order; (iii) restrain the transfer of all funds, as opposed to ongoing account activity, held or received for their benefit or to be transferred into their respective financial accounts, and any other financial accounts tied thereto; and (iv) immediately divert those restrained funds to a holding account for the trust of the Court.

7.      Upon receipt of notice of this Order, Defendants and all financial institutions, payment processors, banks, escrow services, money transmitters, or marketplace platforms receiving notice of this Order, shall further, to the extent not already done, provide Plaintiff's counsel with all data that details: (i) an accounting of the total funds restrained and identify the financial account(s) and sub-account(s) which the restrained funds are related to; (ii) the account transactions related to all funds transmitted into the financial account(s) and sub-account(s) which have been restrained; (iii) the historical sales for the Defendants' listings that are alleged to infringe Plaintiff's copyrights; and (iv) the true identities along with complete contact information including email addresses of all Defendants.

5

8.      No funds restrained by this Order shall be transferred or surrendered by any Defendant, financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website for any purpose (other than pursuant to a chargeback made pursuant to their security interest in the funds) without the express authorization of this Court.

9.      No Defendant whose funds are restrained by this Order may transfer said funds in possession of any financial institution, payment processor, bank, escrow service, money transmitter, or marketplace website restrained by this Order to any other financial institution, payment processor, bank, escrow service, money transmitter or marketplace website without the express authorization of this Court.

10.     Any Defendant or financial institution account holder subject to this Order may petition the Court to modify the asset restraint set out in this Order.

11.     This Order shall apply to the Seller IDs, associated e-commerce stores and websites, and any other seller identification names, e-commerce stores, websites, or financial accounts which are being used by Defendants for the purpose of copying or using in any way Plaintiff's Copyright.

12.     This Preliminary Injunction shall remain in effect during the pendency of this case and until further Order of the Court. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Preliminary Injunction upon notice to plaintiff pursuant to the Federal Rules of Civil Procedure and Local Rules of the Southern District of Florida.

**BOND**

The Court determines that the bond in the amount of Ten Thousand Dollars and Zero Cents ($10,000.00) posted by the Plaintiff is sufficient and shall remain with the Court until a final disposition or until this Preliminary Injunction is dissolved or terminated.

The Clerk of Court shall administratively **STAY** and **CLOSE** this case. All other deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED as MOOT**. If the parties wish to reopen the case, they may file a motion to do so.

**DONE AND ORDERED** in the Southern District of Florida on January 21, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
Counsel of Record
Seal Clerk

7

**EXHIBIT 1**

| NO. | Platform | Shop Name | Online Market |
|---|---|---|---|
| 1 | Amazon | ANYKILL | https://www.amazon.com/anykill-Natural-Micro-Molecularized-Furniture-Original/dp/B0DFG73C8G |
| 2 | Amazon | AuroraEternal | https://www.amazon.com/Generic-Beeswax-Furniture-Natural-Micro-molecularized/dp/B0CX8VXVRT |
| 3 | Amazon | bate-Opinion | https://www.amazon.com/Generic-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0D1MQL4BH |
| 4 | Amazon | bohushangdian | https://www.amazon.com/GDSAFS-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0DBKZ7DLX |
| 5 | Amazon | CHENYALI | https://www.amazon.com/Beeswax-Spray-Upgrade-Furniture-Original/dp/B0DJW38C7V |
| 6 | Amazon | CHENZILING | https://www.amazon.com/Beeswax-Micro-Molecularized-Furniture-Polish-Original/dp/B0DJW3XGFD |
| 7 | Amazon | Diameleo | https://www.amazon.com/Diameleo-Natural-Micro-Molecularized-Beeswax-Spray/dp/B0CJJFTHXS?th=1 |
| 8 | Amazon | Dlsu-Store | https://www.amazon.com/Natural-Micro-Molecularized-Beeswax-Furniture-Original/dp/B0DFGTG42N |
| 9 | Amazon | Ehnoge(7-15 Days Fast Delivery) | https://www.amazon.com/ehnoge-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0DFCQ53L4 |
| 10 | Amazon | EZGHAR Direct-US | https://www.amazon.com/EZGHAR-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0CT88WNSD |
| 11 | Amazon | fahaoshangdian | https://www.amazon.com/KCRPM-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0D3F1LCY9 |
| 12 | Amazon | Fiopet(7-18 Days Fast Delivery) | https://www.amazon.com/Natural-Micro-Molecularized-Beeswax-Furniture-Cleaner/dp/B0CYX4FJGQ |
| 13 | Amazon | GaGaBaoDan | https://www.amazon.com/Beeswax-Floors-Furniture-Natural-Micro-Molecularized/dp/B0CX8PLP4H |
| 14 | Amazon | GangJuStore(跟卖必下测试单) | https://www.amazon.com/AZUNGME-Furniture-Cleaner-Micro-Molecularized-Original/dp/B0CX96PHSR |
| 15 | Amazon | GaoYiBaoDan | https://www.amazon.com/Generic-Natural-Micro-Molecularized-Beeswax-Floors/dp/B0D2QFTL72 |
| 16 | Amazon | GZNRSM-US(7-14Days) | https://www.amazon.com/WOSLXM-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0CTDW173Z |

| 17 | Amazon | Hailing Beauty | https://www.amazon.com/VIDIND-Micromolecule-Furniture-Multi-Purpose-Polishing/dp/B0CRNYYBYG |
| 18 | Amazon | Huanxinou | https://www.amazon.com/YAWOTA-Micromolecular-Furniture-Polishing-Multi-Purpose/dp/B0DHCWDKTD |
| 19 | Amazon | Iwotegen | https://www.amazon.com/Iwotegen-Original-Furniture-furniture-Cabinets/dp/B0CS9KMSHR |
| 20 | Amazon | JFengqi | https://www.amazon.com/JFengqi-Furniture-Natural-Cleaner-Original/dp/B0D3FF4KX4 |
| 21 | Amazon | Jourcius | https://www.amazon.com/Generic-Beeswax-Furniture-Polish-Floors/dp/B0DB4GXSP1 |
| 22 | Amazon | KAMOJI | https://www.amazon.com/KAMOJI-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0DGCR4F9Y |
| 23 | Amazon | kmsmzj | https://www.amazon.com/Generic-Beeswax-Natural-Micro-Molecularized-Furniture/dp/B0DBDT7WQT |
| 24 | Amazon | Koufeil - US | https://www.amazon.com/Koufeil-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0CJMC4YV5 |
| 25 | Amazon | KPFTD | https://www.amazon.com/Micro-Molecularized-Furniture-Restores-Protects-Surfaces/dp/B0DCZGM5HF |
| 26 | Amazon | Ledonan | https://www.amazon.com/Ludcew-Beeswax-Natural-Micro-Molecularized-Furniture/dp/B0CS33BW1B |
| 27 | Amazon | leekingtutu | https://www.amazon.com/Natural-Micro-Molecularized-Beeswax-Furniture-Cleaner/dp/B0DC1PGSMG |
| 28 | Amazon | Linbuli(Fast Delivery 7-15 Days) | https://www.amazon.com/Natural-Micro-Molecularized-Beeswax-Upgrade-Furniture/dp/B0DJ7B25K2 |
| 29 | Amazon | Loodion (7-14 Days delivered to you) | https://www.amazon.com/Loodion-Natural-Micro-Molecularized-Beeswax-Spray/dp/B0DB813D23 |
| 30 | Amazon | MingMing999 | https://www.amazon.com/Ailsion-Beeswax-Acssart-Furniture-Original/dp/B0CRGZ83XX |
| 31 | Amazon | Mintiml-US | https://www.amazon.com/Mintiml-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0DJ2ZFTC4 |
| 32 | Amazon | mmsunny | https://www.amazon.com/vljsfkh-Micro-Molecularized-Essential-Furniture-Household/dp/B0CJFPL996 |
| 33 | Amazon | MQXJLS | https://www.amazon.com/XIRUJNFD-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0CJQ1F93Y?th=1 |
| 34 | Amazon | Nanyangjiang chubaihuoyo uxiangongsi | https://www.amazon.com/Natural-Micro-Molecularized-Beeswax-Furniture-Original/dp/B0DJ56VVTG |
| 35 | Amazon | Nanyangshih ongruimaoyiy ouxiangongsi | https://www.amazon.com/VIMOZA-Micro-Molecularized-Furniture-Original-Polish4-22/dp/B0DH2GRCWK |

| 36 | Amazon | nswxznbt | https://www.amazon.com/EEGCUPD-Beeswax-Natural-Micromolecular-Furniture/dp/B0D1G9JHYW |
| 37 | Amazon | OUnsHA | https://www.amazon.com/Micro-Molecularized-Polishing-Furniture-Original-Cleaner/dp/B0DHFTZVHM |
| 38 | Amazon | pinver shop | https://www.amazon.com/Generic-Natural-Furniture-Micro-Molecularized-Original/dp/B0DB8TZZCT |
| 39 | Amazon | RAYHONG | https://www.amazon.com/Furniture-Natural-Cleaner-Original-Multipurpose/dp/B0CRZ7V6TJ |
| 40 | Amazon | Shantou Luoxisi Biotechnology Co., Ltd | https://www.amazon.com/Generic-Furniture-Restores-Protects-Surfaces/dp/B0D4QJPQ8W |
| 41 | Amazon | Shantou Xinbiao Bang Supply Chain Co., Ltd | https://www.amazon.com/Furniture-Polish-Cleaner-Beeswax-Essential/dp/B0DHNYMQ4F |
| 42 | Amazon | SHENGMENG | https://www.amazon.com/TYGHBN-Presencte-Natural-Micro-Molecularized-Furniture/dp/B0DBVQ7LJQ |
| 43 | Amazon | SHIYU US | https://www.amazon.com/Natural-Micro-Molecularized-Beeswax-Spray-Furniture/dp/B0DCVMPK2R |
| 44 | Amazon | TMAIRSUS AUTO | https://www.amazon.com/TMAIRSUS-Natural-furniture-original-kitchens/dp/B0D1Y9SFJ5 |
| 45 | Amazon | UNIKEM | https://www.amazon.com/UNIKEM-Beeswax-Furniture-Micro-Molecularized-Original/dp/B0CNGM5G38 |
| 46 | Amazon | Vadfanxa | https://www.amazon.com/Beeswax-Furniture-Natural-Cleaner-Micro-Molecularized/dp/B0DGWZF613 |
| 47 | Amazon | WANGSHENAAA | https://www.amazon.com/Micro-Molecularized-Seasoning-Furniture-Polished-Renovation/dp/B0DK1Y5PCQ |
| 48 | Amazon | WHSJKJ | https://www.amazon.com/DASHENRAN-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0CT8SFJ85 |
| 49 | Amazon | WH-US (7-14 Days Delivery) | https://www.amazon.com/Cohbskj-Natural-Micro-Molecularized-Furniture-Presencte/dp/B0DBDVL814 |
| 50 | Amazon | YanTure | https://www.amazon.com/Generic-Original-Furniture-Presencte-Micro-Molecularized/dp/B0DB4VZQL3 |
| 51 | Amazon | YUDANAAA | https://www.amazon.com/Natural-Beeswax-Cleaner-Furniture-Polish/dp/B0DJT3BJ3R |
| 52 | Amazon | YUETAISHIXUN | https://www.amazon.com/HWOLPEMS-Furniture-Original-Seasoning-Cabinets/dp/B0CT3CRG3S |
| 53 | Amazon | Chowye US (若跟卖，必问候) | https://www.amazon.com/Chowye-Micro-Molecularized-Furniture-Multipurpose-Renovation/dp/B0D6S22Y1T |

| 54 | Amazon | Zhang QianJin | https://www.amazon.com/GDSAFS-Natural-Micro-Molecularized-Beeswax-Furniture/dp/B0DB86ZCD3 |
| 55 | Amazon | ZHANGXIA OLONGMI AOQIANJIE DAOSHUIX IGUAN | https://www.amazon.com/Beeswax-Furniture-Polish-Natural-Micro-Molecularized/dp/B0DG8D1XVB |
| 56 | Amazon | zhen yu jing shang mao | https://www.amazon.com/GeRRiT-natural-molecule-furniture-multi-purpose/dp/B0D1YB2N4Z |
| 57 | Amazon | ZhengHuu | https://www.amazon.com/ZANWANXIN-Micro-Molecularized-Furniture-Multipurpose-furniture/dp/B0DBL7R66G |
| 58 | Amazon | Zhengzhou Qichuan Trading Co., Ltd. | https://www.amazon.com/HIEWQPVA-Natural-Micro-molecularized-Furniture-Original/dp/B0DJYK7RV5 |
| 59 | Amazon | zxingrenkeji | https://www.amazon.com/DASHENRAN-Micro-Molecularized-Furniture-furniture-Cabinets/dp/B0DBDLHF1F |
| 60 | Amazon | xwxwseui✈✈7-12 days delivery | https://www.amazon.com/xwxwseui-Beeswax-Furniture-Micro-Molecularized-Original/dp/B0DHT244JS |
| 61 | Temu | Akalis supply shop | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099652851916&from_share=1&share_title=Furniture&is_back=1&no_cache_id=ibkkh |
| 62 | Temu | Allcategories | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099612873349&from_share=1&share_title=120ml&no_cache_id=2vo22 |
| 63 | Temu | Angel Love Beauty | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099633456562&from_share=1&share_title=OUHOE&no_cache_id=0d3ed |
| 64 | Temu | Can we | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099640084684&from_share=1&share_title=Furniture |
| 65 | Temu | car beauty Local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099703612349&from_share=1&share_title=3PCSNatural&no_cache_id=mfgbn |
| 66 | Temu | CarBang Local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099703341715&from_share=1&share_title=3sets |
| 67 | Temu | Clean Home Essentials | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099613084757&from_share=1&share_title=2pcs |
| 68 | Temu | eelhoe home | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099593969269&from_share=1&share_title=Furniture |
| 69 | Temu | Fresh Nest Supplies | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099581160420&from_share=1&share_title=Two-piece |

| 70 | Temu | FUTURE STARSS | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099577406152&from_share=1&share_title=120ml |
| 71 | Temu | Happy home cleaner | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099665921254&from_share=1&share_title=OUHOE |
| 72 | Temu | Have A Safe Life One | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099574918825&from_share=1&share_title=1set |
| 73 | Temu | Homiee Home | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099639895678&from_share=1&share_title=4pcs |
| 74 | Temu | JIACANTOP local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099697860779&from_share=1&share_title=6pcs |
| 75 | Temu | Kolten | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099631487813&from_share=1&share_title=3pcs |
| 76 | Temu | LIKE ITT | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099649871618&from_share=1&share_title=3sets |
| 77 | Temu | LoveMax | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099646341048&from_share=1&share_title=Furniture |
| 78 | Temu | MeetieU Local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099689387707&from_share=1&share_title=4PCS |
| 79 | Temu | MTTKL Local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099661602266&from_share=1&share_title=The |
| 80 | Temu | Niagara | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099647676142&from_share=1&share_title=1set |
| 81 | Temu | PINAINICE Mia | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099579651940&from_share=1&share_title=Ouhoe |
| 82 | Temu | Rv life hacks | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099663651198&from_share=1&share_title=OUHOE |
| 83 | Temu | shuimuzetian fei | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099681998768&from_share=1&share_title=OUHOE |
| 84 | Temu | SPARKLEn | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099574020238&from_share=1&share_title=OUHOE |
| 85 | Temu | TT BT LIFE | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099577622513&from_share=1&share_title=120ml |
| 86 | Temu | Ttrendies Local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099689567078&from_share=1&share_title=3pcs |
| 87 | Temu | West Moon two | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099635233369&from_share=1&share_title=Multi-piece |
| 88 | Temu | XIANGBIN YIN YANG | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099686359868&from_share=1&share_title=4PCS%2F |
| 89 | Temu | XinKeen local | https://www.temu.com/goods.html?_bg_fs=1&goods_id=601099664126553&from_share=1&share_title=2%2F3%2F4Set |

| 90 | Walmart | BAWN LLC | https://www.walmart.com/ip/Xerdsx-Beeswax-Furniture-Polish-120ml-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-Furniture-Polish/5063878209?classType=VARIANT&selectedSellerId=102493077&from=/search |
| 91 | Walmart | chibiao | https://www.walmart.com/ip/Clearance-Under-1-Boovnll-Beeswax-Spray-Natural-Micro-Molecularized-Furniture-Polish-Bees-Wax-Cleaner-Floor-Table-Chair-Cabinet-Home/6667706625?classType=REGULAR&selectedSellerId=101679239&from=/search |
| 92 | Walmart | CofeeMO | https://www.walmart.com/ip/Beeswax-Spray-Furniture-Polish-120ml-Natural-Micro-Molecularized-Spray-Natural-Wood-2PC/5684509591?classType=REGULAR&selectedSellerId=101207464&from=/search |
| 93 | Walmart | Fnyoxu | https://www.walmart.com/ip/Fnyoxu-Natural-Beeswax-Spray-Furniture-Polish-Spray-Cleaner-The-Original-Polish-Care-Wooden-Furniture-Floors/8213621514?classType=REGULAR&selectedSellerId=101529697&from=/search |
| 94 | Walmart | Holloyiver Happy Everyday | https://www.walmart.com/ip/Holloyiver-Natural-Micro-Molecularized-Beeswax-Spray-Bees-Wax-Furniture-Polish-and-Cleaner-Beeswax-Furniture-Polish-Wood-Seasoning-Beewax/5070737935?classType=REGULAR&selectedSellerId=101485876&from=/search |
| 95 | Walmart | Kehuo | https://www.walmart.com/ip/Kehuo-Furniture-Polish-Beeswax-Spray-120ml-Natural-Micro-Molecularized-Spray-Wood-Cleaner-Floor-Table-Chair-Cabinet-Shine-Protect-Home/5122379828?classType=VARIANT&selectedSellerId=101273376&from=/search |
| 96 | Walmart | LFEN-ls Co.Ltd | https://www.walmart.com/ip/Furniture-Polish-Beeswax-Spray-Natural-Micro-Molecularized-Wood-Cleaner-Floor-Table-Chair-Cabinet-Home-Shine-Protect/5331631887?classType=REGULAR&athbdg=L1400&selectedSellerId=101618402&from=/search |
| 97 | Walmart | Lotpreco LLC | https://www.walmart.com/ip/3PC-Beeswax-Furniture-Polish-Natural-Micro-Molecularized-Spray-Spray-Polish-And-Cleaner-Molecularized-Wooden-Floors/5447459787?classType=VARIANT&selectedSellerId=101259856&from=/search |
| 98 | Walmart | LYGFSRDX | https://www.walmart.com/ip/TWIFER-2PC-Natural-Beeswax-Spray-120ml-Furniture-Polish-Spray-Furniture-Floor-Care-Spray/5101345269?classType=VARIANT&selectedSellerId=101629879&from=/search |

| 99 | Walmart | Must-haves INC | https://www.walmart.com/ip/Beeswax-Spray-Furniture-Polish-Beeswax-for-Wood-Floors-Natural-Beeswax-Spray-Beeswax-Polish-Spray-for-Care-Wooden-Furniture-120ml/5450024856?classType=VARIANT&selectedSellerId=101291741&from=/search |
| 100 | Walmart | oglccg | https://www.walmart.com/ip/Natural-Beeswax-Spray-Cleaner-The-Original-Furniture-Polish-And-living-rooms-kitchens-wood-furniture-floors/5433996910?classType=REGULAR&selectedSellerId=101198009&from=/search |
| 101 | Walmart | RKZDSR | https://www.walmart.com/ip/RKZDSR-Furniture-Beeswax-Spray-240ml-Natural-Micro-Molecularized-Beeswax-Spray/5084969151?classType=VARIANT&selectedSellerId=101294548&from=/search |
| 102 | Walmart | Ruhiku GW | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Furniture-Polish-Bees-Wax-Polish-Cleaner-Beeswax-Spray-Polish-Wood-Floor-120Ml-1/5437378986?classType=REGULAR&selectedSellerId=101180356&from=/search |
| 103 | Walmart | sanghua | https://www.walmart.com/ip/Pinfect-120ml-Wood-Cleaner-Polish-Beeswax-Spray-Waterproof-for-Wooden-Furniture-Floors/5125224986?classType=VARIANT&selectedSellerId=101570595&from=/search |
| 104 | Walmart | SanYi | https://www.walmart.com/ip/Ashosteey-Natural-Beeswax-Spray-Beeswax-Furniture-Polish-Natural-Micro-Molecularized-Spray-Polish-Cleaner-Spray-living-rooms-kitchens-wood-furniture/5891365031?classType=VARIANT&selectedSellerId=101526140&from=/search |
| 105 | Walmart | SanYiDa | https://www.walmart.com/ip/Vadktai-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Original-Polish-Spray-Cleaner-2pcs/5590667218?classType=VARIANT&athbdg=L1400&selectedSellerId=101564302&from=/search |
| 106 | Walmart | SENYU. Co.Ltd | https://www.walmart.com/ip/Furniture-Polish-Beeswax-Spray-Natural-Micro-Molecularized-Spray-Wood-Cleaner-Floor-Table-Chair-Cabinet-Home-Shine-Protect-5PCS/6082201305?classType=VARIANT&adsRedirect=true |
| 107 | Walmart | sida | https://www.walmart.com/ip/Rungungde-Beeswax-Furniture-Polish-Spray-Natural-Micro-Molecularized-Spray-Bees-Wax-And-Cleaner-Floor-Wood-Table-Home-1PC/5524567741?classType=VARIANT&selectedSellerId=101489824&from=/search |

| 108 | Walmart | Tamber LLC | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-120ML-Cleaner-Furniture-Polish-Cleaner-Polish-Wood-Furniture-Floor-3pcs/5424940816?classType=VARIANT&selectedSellerId=102479495&from=/search |
| 109 | Walmart | Tammyyerke | https://www.walmart.com/ip/2PCS-120MLNatural-Beeswax-Spray-Beeswax-Furniture-Polish-Natural-Micro-Molecularized-Spray-Polish-Beeswax-Polish-Care-Wooden/5504603469?classType=VARIANT&selectedSellerId=101617016&from=/search |
| 110 | Walmart | Taylonsss | https://www.walmart.com/ip/Teissuly-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Original-Spray-Cleaner-For-Wood-2pcs/5113309508?classType=VARIANT&selectedSellerId=101637252&from=/search |
| 111 | Walmart | Tiitstoy | https://www.walmart.com/ip/2Pcs-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Original-Spray-Cleaner-Wood/5064936594?classType=REGULAR&athbdg=L1400&selectedSellerId=101191281&from=/search |
| 112 | Walmart | vankin | https://www.walmart.com/ip/vankin-120ml-Natural-Micro-Molecularized-Beeswax-Spray-Rejuvenates-Old-Furniture-Easy-Polishing-Safe-and-Lustrous-Wood-Care/6677200478?classType=VARIANT&selectedSellerId=101633907&from=/search |
| 113 | Walmart | Wardrobe Inc | https://www.walmart.com/ip/Furniture-Polish-Beeswax-Spray-Natural-Micro-Molecularized-Spray-Wood-Cleaner-Floor-Table-Chair-Cabinet-Home-Shine-Protect/5185732184?classType=VARIANT&selectedSellerId=101248752&from=/search |
| 114 | Walmart | Wookpyhgt | https://www.walmart.com/ip/Hanzidakd-All-Detergent-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-And/5134877737?classType=VARIANT&selectedSellerId=101467416&from=/search |
| 115 | Walmart | WTUI Co.Ltd | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-Spray-Furniture-Polish-Care-Used-Floor-Table-Chair-Cabinet-Home-Shine-Protect/6076508305?classType=VARIANT&selectedSellerId=101564336&from=/search |

| 116 | Walmart | YueRun | https://www.walmart.com/ip/Herrnalise-120ml-2Pcs-Beeswax-Wood-Polishing-Spray-Natural-Micro-Molecularized-Furniture-Polish-Original-Polish-Cleaner-Wood-Seasoning-Beewax/5102002062?classType=REGULAR&selectedSellerId=101546977&from=/search |
| 117 | Walmart | zhangsheng | https://www.walmart.com/ip/Chamoist-New-Beeswax-Spray-Natural-Micro-Molecularized-Spray-Spray-Furniture-Polish-The-Original-Floor-Table-Chair-Cabinet-Home-Shine-Protect/5206365112?classType=VARIANT&selectedSellerId=101443975&from=/search |
| 118 | Walmart | AILI Co.Ltd | https://www.walmart.com/ip/NBHOME-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Beeswax-Spray-Furniture-Polish-Bees-Wax-Spray-for-wood-Floors-and-Furniture/11991119076?classType=VARIANT&selectedSellerId=101677558&from=/search |
| 119 | Walmart | Barhoo | https://www.walmart.com/ip/Clearance-Barhoo-Moving-Cleaning-Agents-Natural-Molecularized-Beeswax-Spray-120Ml-Cleaner-Furniture-Polish-Original-Wax/6850767627?classType=VARIANT&selectedSellerId=101669893&from=/search |
| 120 | Walmart | Dadatutu | https://www.walmart.com/ip/Dadatutu-Furniture-Polish-Beeswax-Spray-Natural-Micro-Molecularized-Spray-Wood-Cleaner-Floor-Table-Chair-Cabinet-Home-Shine-Protect-2Pcs/7440555265?classType=REGULAR&selectedSellerId=101623246&from=/search |
| 121 | Walmart | Fa Yuhui Technology Co., Ltd | https://www.walmart.com/ip/120ml-Beeswax-Spray-Cleaner-Beeswax-Spray-Furniture-Polish-to-Care-for-Wood-Furniture-Floors-Tables-Cabinets-A/5751660796?classType=VARIANT&selectedSellerId=101517976&from=/search |
| 122 | Walmart | Feikaida092 | https://www.walmart.com/ip/MORESEC-Natural-Beeswax-Spray-Spray-Cleaner-Hardwood-Floor-Polish-Furniture-Polish-Old-English-Tables-Cabinets-A/8165172799?classType=REGULAR&selectedSellerId=102520604&from=/search |
| 123 | Walmart | fengyangye | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Original-Spray-Cleaner-For-Wood-1pcs/5999112600?classType=VARIANT&selectedSellerId=101562746&from=/search |

| 124 | Walmart | FNGZ | https://www.walmart.com/ip/Clearance-FNGZ-Cleaning-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-Original-Wax/5218249266?classType=VARIANT&selectedSellerId=101348753&from=/search |
| 125 | Walmart | Generico Co.Ltd | https://www.walmart.com/ip/2PCS-Beeswax-Furniture-Polish-Original-beeswax-furniture-polish-Natural-Micro-Molecularized-Spray-Polish-Cleaner-Spray/5838615309?classType=VARIANT&selectedSellerId=101593689&from=/search |
| 126 | Walmart | HALMCW | https://www.walmart.com/ip/HJQEQVD-Furniture-Beeswax-Spray-Natural-Molecularized-120Ml-Cleaner-Polish-The-Original-Wax-And/5980204077?classType=VARIANT&selectedSellerId=101661875&from=/search |
| 127 | Walmart | JingChun | https://www.walmart.com/ip/JingChun-2Pcs-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Furniture-Polish-Spray-Original-Polish-Beeswax-Spray-Cleaner-Furniture/7697805442?classType=VARIANT&selectedSellerId=101619223&from=/search |
| 128 | Walmart | JinRan | https://www.walmart.com/ip/Bilqis-2024-New-Natural-Micro-Molecularized-Beeswax-Spray-Natural-Beeswax-Spray-Beeswax-Spray-Original-Beeswax-Furniture-Polish-1PCS/5260442430?classType=VARIANT&selectedSellerId=101518055&from=/search |
| 129 | Walmart | Lanbtorn | https://www.walmart.com/ip/Furniture-Beeswax-Polish-Spray-Natural-Micro-Molecularized-Original-Polish-Cleaner-Wood/5257376485?classType=VARIANT&selectedSellerId=101554507&from=/search |
| 130 | Walmart | LEHOZIHEQ | https://www.walmart.com/ip/LEHOZIHEQ-Natural-Micro-Molecularized-Beeswax-Spray-Spray-Furniture-Polish-Wood-Cleaner-Multipurpose-Floor-Polish/5487235913?classType=VARIANT&selectedSellerId=101623305&from=/search |
| 131 | Walmart | LKJJLIQ | https://www.walmart.com/ip/2Pcs-Natural-Beeswax-Spray-Beeswax-Spray-Cleaner-The-Original-Beeswax-Spray-Furniture-Polish-And-Cleaner-120ml-Furniture-Polish-Spray/5058643493?classType=VARIANT&selectedSellerId=101176019&from=/search |
| 132 | Walmart | LOYALSE Store | https://www.walmart.com/ip/LOYALSE-Natural-Micro-Molecularized-Beeswax-Spray-Molecularized-Bees-Wax-Furniture-Polish-And-Cleaner-Polish-Original/5047797651?classType=VARIANT&selectedSellerId=101120530&from=/search |

| 133 | Walmart | maxiaoxia | https://www.walmart.com/ip/maxiaoxia-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Furniture-Polish-Furniture-Beeswax-Polish-and-Cleaner-Spray-for-Wooden-Furniture/5438048038?classType=VARIANT&selectedSellerId=101621039&from=/search |
| 134 | Walmart | MEIDING | https://www.walmart.com/ip/GuaLeg-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-And/9634405618?classType=VARIANT&selectedSellerId=102533939&from=/search |
| 135 | Walmart | NEWPOWER | https://www.walmart.com/ip/1-3pcs-Natural-Micro-molecularized-Beeswax-Spray-Furniture-Polish-Cleaner-120ml/5891530634?classType=VARIANT&selectedSellerId=101652763&from=/search |
| 136 | Walmart | NIUGUANDE Co.Ltd | https://www.walmart.com/ip/Clearance-Fdelink-Cleaning-Agents-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-Original-Wax/5101381312?classType=VARIANT&selectedSellerId=101448393&from=/search |
| 137 | Walmart | OFLALW Shop Clearance | https://www.walmart.com/ip/2PACK-Beeswax-Spray-Furniture-Polish-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-Beeswax-Spray/5492277426?classType=REGULAR&selectedSellerId=101190278&from=/search |
| 138 | Walmart | PIMOXV Clothing Clearance | https://www.walmart.com/ip/Ttuch-Beeswax-Spray-Beeswax-Spray-Cleaner-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Spray/5226812516?classType=REGULAR&selectedSellerId=101182832&from=/search |
| 139 | Walmart | Prolriy Store | https://www.walmart.com/ip/Prolriy-Cleaning-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-Original-Wax/5122584342?classType=VARIANT&selectedSellerId=101525295&from=/search |
| 140 | Walmart | PTHZ LLC | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-120ml-Beeswax-Spray-Cleaner-Beeswax-Furniture-Polish-Spray-The-Original-Wax-Furniture-Polish-And-Cleaner/5351641793?classType=REGULAR&selectedSellerId=101582665&from=/search |
| 141 | Walmart | Relocy | https://www.walmart.com/ip/Relocy-Clearance-Furniture-Beeswax-Spray-1Pc-Natural-Micro-Molecularized-120Ml-Cleaner-Polish-Original-Wax/9066919242?classType=VARIANT&athbdg=L1400&selectedSellerId=102510965&from=/search |

| 142 | Walmart | shunJIAyi | https://www.walmart.com/ip/HINTSAN-Beeswax-Furniture-Polish-Furniture-Polish-Cleaner-Spray-Natural-Micro-Molecularized-Spray-Wooden-Floors-Care-120ml/5501568833?classType=VARIANT&selectedSellerId=101622422&from=/search |
| 143 | Walmart | ShunRuiPi | https://www.walmart.com/ip/TEPSMF-2Pcs-Natural-Micro-Molecularized-Beeswax-Spray-Wood-Floors-4-05fl-z-Furniture-Polish-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-ref/5290379317?classType=REGULAR&athbdg=L1400&selectedSellerId=101662809&from=/search |
| 144 | Walmart | slhenay | https://www.walmart.com/ip/Beeswax-Furniture-Polish-Multipurpose-Natural-Wood-Wax-Traditional-Polish-Doors-Floor-Tables-Cabinets-Micro-Molecularized-Spray-120ml-2-PCS/5156906078?classType=VARIANT&selectedSellerId=101266244&from=/search |
| 145 | Walmart | VIta Home&Decor | https://www.walmart.com/ip/HTHJSCO-Cleaning-Agents-Natural-Micro-Molecularized-Beeswax-Spray-120Ml-Cleaner-Furniture-Polish-The-Original-Wax/5551441095?classType=VARIANT&athbdg=L1400&selectedSellerId=101457738&from=/search |
| 146 | Walmart | VPMIK Co.Ltd | https://www.walmart.com/ip/Beeswax-Spray-for-Wood-Cleaner-Furniture-Polish-Renews-Restores-and-Rejuvenates-Wood-Surfaces-Protects-from-Drying-or-Cracking-Shiny-Finish/6845072149?classType=VARIANT&selectedSellerId=101566352&from=/search |
| 147 | Walmart | Wert Co.Ltd | https://www.walmart.com/ip/HOOMY-Natural-Beeswax-Spray-Spray-Cleaner-The-Original-Furniture-Polish-Used-care-living-rooms-kitchens-wood-furniture-floors/11685821720?classType=VARIANT&selectedSellerId=101671581&from=/search |
| 148 | Walmart | XiaoY-ens Co.Ltd | https://www.walmart.com/ip/Natural-Beeswax-Spray-120ml-Micro-Molecularized-Spray-Cleaner-Furniture-Polish-Cleaner-Wood-Furnituren-Floor/5401337696?classType=VARIANT&selectedSellerId=101610751&from=/search |
| 149 | Walmart | YaChu | https://www.walmart.com/ip/Natural-Beeswax-Spray-Furniture-Polish-Micro-Molecularized-Formula-Restores-Old-Furniture-Perfect-for-Cabinets-and-Furniture/5790887495?classType=VARIANT&athbdg=L1400&selectedSellerId=101574812&from=/search |

| 150 | Walmart | Yatlte | https://www.walmart.com/ip/YATLTE-Beeswax-Spray-Natural-Micro-Molecularized-New-Spray-Furniture-Polish-Cleaner-Wooden-Floors-Floor-Tables/5723014839?classType=VARIANT&selectedSellerId=101622425&from=/search |
| 151 | Walmart | yirui | https://www.walmart.com/ip/Gzwccvsn-Natural-Beeswax-Spray-Beeswax-Spray-Cleaner-The-Original-Beeswax-Spray-Furniture-Polish-And-Cleaner-Furniture-Polish-Spray/5102767278?classType=VARIANT&selectedSellerId=101431393&from=/search |
| 152 | Walmart | YMARPT | https://www.walmart.com/ip/BAILANku-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Wood-Cleaner-Floors/5422258751?classType=VARIANT&selectedSellerId=101574814&from=/search |
| 153 | Walmart | Yoloke | https://www.walmart.com/ip/YOLOKE-120ml-Natural-Beeswax-Furniture-Floor-Care-Spray-Polishing-Waterproofing-Scratch-Resistance-2-Pack/5458753943?classType=VARIANT&selectedSellerId=101581863&from=/search |
| 154 | Walmart | Zeiyignr | https://www.walmart.com/ip/4Oz-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-Set-The-Original-Beeswax-Spray-Furniture-Polish-and-Cleaner-Furniture-Polish-Spray/5090240865?classType=REGULAR&selectedSellerId=101220201&from=/search |
| 155 | Walmart | Zmeidao | https://www.walmart.com/ip/Zmeidao-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Furniture-Polish-Spray-Original-Polish-Beeswax-Spray-Cleaner-Furniture-120ml/5723702105?classType=REGULAR&selectedSellerId=101519017&from=/search |
| 156 | Walmart | Amacok | https://www.walmart.com/ip/Amacok-Wood-Polish-Spray-Natural-Micro-Molecularized-Beeswx-Spray-Wood-Polish-Furniture-Polish-And-Cleaner-4Oz-120Ml/5134850300?classType=VARIANT&selectedSellerId=101213993&from=/search |
| 157 | Walmart | baisheng | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-Spray-Cleaner-Furniture-Polish-And-Molecularized-Spray-Furniture-Care-1pc/5497279279?classType=VARIANT&selectedSellerId=101608755&from=/search |
| 158 | Walmart | Blecry | https://www.walmart.com/ip/Clearance-Blecry-Furniture-Beeswax-Spray-2Pc-Natural-Micro-Molecularized-120Ml-Cleaner-Polish-Original-Wax/9074657266?classType=VARIANT&selectedSellerId=101694212&from=/search |

| 159 | Walmart | EGYMEN | https://www.walmart.com/ip/EGYMEN-Natural-Beeswax-Spray-Beeswax-Furniture-Polish-Multipurpose-Wood-Floor-Cleaner-and-Polish-for-Furniture-Floor-Tables/6580268693?classType=VARIANT&selectedSellerId=101624778&from=/search |
|-----|---------|--------|------|
| 160 | Walmart | Gecowang | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-And-Spray-Molecularized/7192306645?classType=REGULAR&adsRedirect=true |
| 161 | Walmart | GeJinXin | https://www.walmart.com/ip/OYIGU-120mL-Natural-Micro-Molecularized-Beeswax-Spray-Spray-Furniture-Polish-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-Refurbishment-And/5544666506?classType=VARIANT&selectedSellerId=101618015&from=/search |
| 162 | Walmart | Godbay Co.Ltd | https://www.walmart.com/ip/120ml-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-refurbishment-And-Care-Wax-2pcs/5294185389?classType=REGULAR&selectedSellerId=101530495&from=/search |
| 163 | Walmart | GOLFAN | https://www.walmart.com/ip/Furniture-Polish-Beeswax-Spray-Natural-Micro-Molecularized-Spray-Wood-Cleaner-Floor-Table-Chair-Cabinet-Home-Shine-Protect-5PCS/6904457472?classType=VARIANT&selectedSellerId=101089754&from=/search |
| 164 | Walmart | GuanTeng | https://www.walmart.com/ip/Fankiway-Natural-Beeswax-Spray-Beeswax-Spray-Cleaner-The-Original-Beeswax-Spray-Furniture-Polish-And-Cleaner-Furniture-Polish-Spray/5099315031?classType=VARIANT&athbdg=L1400&selectedSellerId=101500320&from=/search |
| 165 | Walmart | Gvyyzp | https://www.walmart.com/ip/120ML-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Cleaner-New-L6F7/6879568481?classType=REGULAR&selectedSellerId=101695663&from=/search |
| 166 | Walmart | Hgheuy | https://www.walmart.com/ip/new-Natural-Molecularized-Beeswax-Spray-120ml-Beeswax-Spray-Cleaner-Beeswax-Furniture-Polish-Spray-The-Original-Wax-Furniture-Polish-And-Cleaner/7456770168?classType=VARIANT&selectedSellerId=101673981&from=/search |

| 167 | Walmart | LWITHSZG Co.Ltd | https://www.walmart.com/ip/120ml-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-refurbishment-And-Care-Wax-2pcs/5295796184?classType=REGULAR&selectedSellerId=101526239&from=/search |
| 168 | Walmart | mtvxesu Ltd | https://www.walmart.com/ip/mtvxesu-120ml-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-refurbishment-Care-Wax-Polish/5131563139?classType=VARIANT&selectedSellerId=101173374&from=/search |
| 169 | Walmart | Sakupycq | https://www.walmart.com/ip/Sakupycq-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-original-Wax-A-Clearance/11773254452?classType=VARIANT&selectedSellerId=101612606&from=/search |
| 170 | Walmart | scaling women Co.Ltd | https://www.walmart.com/ip/Beeswax-Spray-Furniture-Polish-Natural-Micro-Molecularized-Wood-Cleaner-Multipurpose-Beewax-Care/8864901884?classType=REGULAR&selectedSellerId=101593664&from=/search |
| 171 | Walmart | SRstrat Co.Ltd | https://www.walmart.com/ip/120ml-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-refurbishment-And-Care-Wax-2pcs/5090139286?classType=VARIANT&selectedSellerId=101211326&from=/search |
| 172 | Walmart | SUXIAN | https://www.walmart.com/ip/FensXil-Cleaning-Agents-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-And/8450769633?classType=VARIANT&selectedSellerId=102533956&from=/search |
| 173 | Walmart | XJWXKCM | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-And-kitchen-Supplies-C-Clearance/9395068061?classType=VARIANT&selectedSellerId=101616135&from=/search |
| 174 | Walmart | XOAIHY | https://www.walmart.com/ip/XOAIHY-Furniture-Beeswax-Spray-Revitalize-Your-Surfaces-With-120Ml-Of-Natural-Micro-Molecularized-Spray-Enhance-Shine-And-Protection-For-Various-Mate/5533742784?classType=VARIANT&selectedSellerId=101625746&from=/search |

| 175 | Walmart | YEGHUN | https://www.walmart.com/ip/YEGHUN-Clearance-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-And-1Pc/10961708103?classType=VARIANT&selectedSellerId=101672386&from=/search |
|---|---|---|---|
| 176 | Walmart | YONGCHU Nyehao | https://www.walmart.com/ip/120ml-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Floor-Care-Polishing-Waterproofing-Scratch-Resistance-refurbishment-And-Care-Wax-2pcs/6137960953?classType=VARIANT&selectedSellerId=101693946&from=/search |
| 177 | Walmart | AIGE.CO | https://www.walmart.com/ip/Beeswax-Spray-120ml-Natural-Micro-Molecularized-Furniture-Polish-Bees-Wax-Polish-Cleaner-Wood-Cleaner-3pcs/5907668639?classType=VARIANT&adsRedirect=true |
| 178 | Walmart | Cozy Interiors | https://www.walmart.com/ip/Natural-Micro-Molecularized-Beeswax-Spray-120ml-Beeswax-Spray-Cleaner-Beeswax-Furniture-Polish-Spray-The-Original-Wax-Furniture-Polish-And-Cleaner/6991365365?classType=VARIANT&athbdg=L1400&selectedSellerId=101679265&from=/search |
| 179 | Walmart | Ggdda | https://www.walmart.com/ip/Ggdda-Natural-Micro-Molecularized-Beeswax-Spray-120Ml-Cleaner-Furniture-Polish-The-Original-Wax-And-Clearance/9409918689?classType=VARIANT&selectedSellerId=101691766&from=/search |
| 180 | Walmart | Aihimol | https://www.walmart.com/ip/120ml-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-Furniture-floor-repair-wax-Polish-1pcs/5080907208?classType=REGULAR&selectedSellerId=101246520&from=/search |
| 181 | Walmart | Apmemiss (USA) | https://www.walmart.com/ip/Apmemiss-Clearance-2Pcs-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Furniture-Polish-Spray-Original-Polish-Beeswax-Spray-Cleaner-Furniture/9296658172?classType=VARIANT&selectedSellerId=101518078&from=/search |
| 182 | Walmart | hhuafei | https://www.walmart.com/ip/TUTUnaumb-Furniture-Beeswax-Spray-120ml-Natural-Micro-Molecularized-Polish-Wood-Antique-2PC/5079330313?classType=REGULAR&selectedSellerId=101480550&from=/search |
| 183 | Walmart | Hilehuti | https://www.walmart.com/ip/Memorial-Day-Clearance-Natural-Micro-Molecularized-Beeswax-Spray-Multipurpose-Furniture-Polish-Wood-Care-2-Pcs-120ml-4-3oz/5499158672?classType=VARIANT&athbdg=L1400&selectedSellerId=101570562&from=/search |

| 184 | Walmart | Hxoliqit | https://www.walmart.com/ip/Kitchen-Organization-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-And-Gadgets-Cleaning-Supplies/5302798792?classType=VARIANT&athbdg=L1400&selectedSellerId=101502041&from=/search |
|-----|---------|----------|-----|
| 185 | Walmart | JMKQLZ | https://www.walmart.com/ip/JMKQLZ-Natural-Beeswax-Spray-Furniture-Floor-Care-Spray-Natural-Micro-Molecularized-Beeswax-Spray-Waterproof-Anti-Cracking-Nursing-Spray-120ml/5549258972?classType=VARIANT&selectedSellerId=101608629&from=/search |
| 186 | Walmart | Malibure | https://www.walmart.com/ip/Halloween-Saving-2024-1-Pack-Cleaning-Agents-Natural-Micro-Molecularized-Beeswax-Spray-120ml-Cleaner-Furniture-Polish-The-Original-Wax-Malibure-B-One/10775668339?classType=VARIANT&selectedSellerId=101574073&from=/search |
| 187 | Walmart | Matoen | https://www.walmart.com/ip/Matoen-Furniture-Polish-Beeswax-Spray-Furniture-Floor-Care-Furniture-Refurbishment-Care-Wax-120ml/5176212848?classType=VARIANT&selectedSellerId=101438407&from=/search |
| 188 | Walmart | Morepick | https://www.walmart.com/ip/GERsome-2pcs-Beeswax-Spray-Furniture-Polish-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray/5411834244?classType=REGULAR&selectedSellerId=101474877&from=/search |
| 189 | Walmart | NSESSHome | https://www.walmart.com/ip/NSESSHome-Clearance-Natural-Beeswax-Spray-Furniture-Polish-Natural-Micro-Molecularized-Cleaner-Care-Wooden/7324416031?classType=VARIANT&athbdg=L1400&selectedSellerId=101618308&from=/search |
| 190 | Walmart | OAVQHLG3B | https://www.walmart.com/ip/OAVQHLG3B-Beeswax-Spray-Furniture-Polish-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-The-Original-Beeswax-Spray/5204911190?classType=REGULAR&selectedSellerId=101125945&from=/search |
| 191 | Walmart | Pompotops | https://www.walmart.com/ip/Pompotops-120ml-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-Furniture-Polish-And-Cleaner-Molecularized-Beeswax-Spray/5101869313?classType=VARIANT&selectedSellerId=101129782&from=/search |

| 192 | Walmart | Chanana | https://www.walmart.com/ip/Herrnalise-120ml-Natural-Micro-Molecularized-Beeswax-Spray-Beeswax-Spray-Beeswax-Furniture-Polish-Spray-Beeswax-Spray-BeesWax-Furniture-Polish/5077533439?classType=REGULAR&selectedSellerId=102491332&from=/search |
| --- | --- | --- | --- |
| 193 | Walmart | Realhomelove | https://www.walmart.com/ip/SDJMa-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Bees-Wax-Polish-And-Cleaner-The-Original-Wood-Seasoning-Beewax-For-Floor-2pcs/5087043214?classType=REGULAR&selectedSellerId=101356196&from=/search |
| 194 | Walmart | RnemiTe-amo | https://www.walmart.com/ip/RnemiTe-amo-Wood-Seasoning-Beeswax-2-Pack-Natural-Micro-Molecularized-Beeswax-Spray-Multipurpose-Furniture-Cleaner-Polish-Furniture-Floor-Tables-Cabi/5082198770?classType=VARIANT&selectedSellerId=101176958&from=/search |
| 195 | Walmart | Summercome | https://www.walmart.com/ip/Summercome-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Original-Polish-Spray-Cleaner-120ml/5721322128?classType=REGULAR&selectedSellerId=101620976&from=/search |
| 196 | Walmart | Wmkox8yii | https://www.walmart.com/ip/Hot-Sale-Natural-Micro-Molecularized-Beeswax-Spray-Wood-Floors-Beeswax-Furniture-Polish-Furniture-Care-Used-Floor-Table-Chair-Cabinet-Home-Shine-Prot/5306645782?classType=VARIANT&selectedSellerId=101125387&from=/search |
| 197 | Walmart | xuyanhg | https://www.walmart.com/ip/xuyanhg-Clearance-Natural-Micro-Molecularized-Beeswax-Spray-Furniture-Polish-Bees-Wax-wood-Floors-120ml/8196216689?classType=REGULAR&selectedSellerId=101663543&from=/search |
| 198 | Walmart | Zatour | https://www.walmart.com/ip/Dengmore-120ML-New-Natural-Micro-Molecularized-Beeswax-Spray-Bee-Wax-Furniture-Polish-Spray-Original-Beeswax-Furniture-Polish/5196220595?classType=VARIANT&selectedSellerId=101608844&from=/search |