# 作品登记证书

登 记 号：黔作登字-2023-F-00894250

作品/制品名称：OUHOE 蜂蜡喷务套装

作　　者：张佳铭(440508\*\*\*\*\*\*\*\*1018)

作品类别：美术作品

著作权人：张佳铭(440508\*\*\*\*\*\*\*\*1018)

创作完成日期：2021年03月19日

首次发表/出版/制作日期：2021年03月19日

以上事项，由 张佳铭 申请，经 贵州省版权局 审核，根据《作品自愿登记试行办法》规定，予以上登记。

登记日期：2023年10月11日

登记机构签章

中华人民共和国国家版权局统一监制



**(TRANSLATION )**

Page 1:

**Work Registration Certificate     (QR code)**

Registration No. : Qian Zuo Deng Zi -2023-F-00894250
Work Name: OUHOE Honey Wax Spray Set.
Category of Work: Art Work
Author: Jiaming (440508******1018)
Owner of Copyright: Jiaming Zhang (440508******1018)


Date of Completion: March 19, 2023
First date of Publishing: March 19, 2023

Pursuant to The Regulations of Voluntary Registration of Work, it is approved by Copyright Bureau of Guizhou Province, upon the application of Jiaming Zhang, that the following work shall have copyright.

Date of Registration: Oct. 11, 2023
Official Seal of Registrar: Copyright Bureau of Guizhou Province, Special Seal for Voluntary Registration of Work

Supervised and Produced by National Copyright Bureau of the People's Republic of China

Page 2:

## Demonstration Page of Works (QR code)

Registration No. : Qian Zuo Deng Zi -2023-F-00894250



Official Seal of Registrar: Copyright Bureau of Guizhou Province, Special Seal for Voluntary Registration of Work

## CERTIFICATION OF ACCURACY

I, Jianyin Liu, certify under oath that I am proficient in both English and Chinese and the above translation is accurate to the original Chinese document.

/s/ Jianyin Liu