UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24809-RKA

**WANQIANG CHEN**,

                        Plaintiff,

   vs.

**THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A"**,

                        Defendants.

_____

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

      Plaintiff, WANQIANG CHEN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against Tammyyerke (Defendant No. 109 on Schedule "A"), YueRun (Defendant No. 116 on Schedule "A"), and Gvyyzp (Defendant No. 165 on Schedule "A").

**DATED:  March 6, 2025**　　　　　　　　Respectfully Submitted,

                                                **REINER & REINER, P.A.**
                                                *Counsel for Plaintiff*
                                                9100 South Dadeland Blvd., Suite 901
                                                Miami, Florida   33156-7815
                                                Tel: (305) 670-8282; Fax: (305) 670-8989
                                                dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
    **DAVID P. REINER, II, ESQ.**; FBN 416400