UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-24809-RKA

**WANQIANG CHEN**,

                Plaintiff,

vs.

**THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A"**,

                Defendants.

_____

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, WANQIANG CHEN, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses the instant action without prejudice against:

| No. | Defendant |
|---|---|
| 60 | xwxwseui |
| 73 | Homiee Home |
| 104 | SanYi |
| 110 | Taylonsss Co. Ltd |
| 114 | Wookpyhgt |
| 130 | LEHOZIHEQ |
| 136 | NIUGUANDE Co.Ltd |
| 138 | PIMOXV Home Clearance |
| 145 | Vlta Home&DecorCo.Ltd |
| 150 | Yatlte |
| 188 | Morepick |
| 192 | Chanana |
| 193 | Realhomelove |

DATED: April 16, 2025						Respectfully Submitted,

**REINER & REINER, P.A.**
*Counsel for Plaintiff*
9100 South Dadeland Blvd., Suite 901
Miami, Florida   33156-7815
Tel: (305) 670-8282; Fax: (305) 670-8989
dpr@reinerslaw.com; eservice@reinerslaw.com

By: _____
  **DAVID P. REINER, II, ESQ.**; FBN 416400